# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 1:15-CV-00245 |
| v. | ) |
| WILLIAM JENKINS and CARLA JENKINS, | ) |
| Defendants. | ) |

**FINAL JUDGMENT BY DEFAULT AS TO ALL DEFENDANTS**

A default having been entered against Defendants and counsel for the United States having requested judgment by default against Defendants William and Carla Jenkins and having filed a proper declaration all in accordance with Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED**, that a **DECLARATORY JUDGMENT** is entered in favor of the **UNITED STATES OF AMERICA** and against Defendants **WILLIAM AND CARLA JENKINS**, as follows: the Court declares that the United States of America may initiate the foreclosure of Plaintiff's promissory note collateral and for the sale of said real property to be conducted in a commercially reasonable manner pursuant to 28 U.S.C. § 2001 and § 2004.

Signed: March 18, 2016

Max O. Cogburn Jr.
United States District Judge